UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

APRIL ORRACH,

     Plaintiff,

v.                          Case No. 6:25-cv-1343-AGM-NWH

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

## REPORT AND RECOMMENDATION

This cause comes before the Court on the Unopposed Motion for Entry of Judgment With Remand filed by Defendant. (Doc. 23). The Unopposed Motion seeks a Sentence Four remand pursuant to 42 U.S.C. § 405(g), after which Defendant will "further consider the medical source opinions, offer the Plaintiff the opportunity for a new hearing, take further action to complete the administrative record, and issue a new decision." (Doc. 23 at 1).

The fourth sentence of 42 U.S.C. § 405(g) provides that this Court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." Defendant requests such a Sentence Four remand, and Plaintiff does not oppose Defendant's request.

Accordingly, the undersigned **RESPECTFULLY RECOMMENDS** that the Court enter an Order:

1. **ENTERING JUDGMENT** in favor of Plaintiff and against Defendant;

2. **REMANDING** this action to the Commissioner of Social Security;

3. **ORDERING** the Commissioner to further consider the medical source opinions, offer Plaintiff a new hearing, complete the administrative record, and issue a new decision; and

4. **DIRECTING** the Clerk to close this case.

<u>**NOTICE TO PARTIES**</u>

The party has **fourteen days** from the date the party is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

**RECOMMENDED** in Orlando, Florida, on December 30, 2025.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Presiding District Judge