## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**APRIL ORRACH,**

      **Plaintiff,**

    **v.**                               **Case No.:  6:25-cv-01343-AGM-NWH**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**

_____

## ORDER

THIS CAUSE comes before the Court upon review of the Magistrate's Report and Recommendation (doc. # 24), in which the Magistrate Judge recommends the Court grant Defendant's Unopposed Motion for Entry of Judgment with Remand.  (Doc. # 23).

The fourteen-day deadline for objections to the Report has passed and no party has filed any objection.  Absent objection, the Court conducts a "careful and complete" review of a report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (*per curiam*) (citation omitted). "Clear error" review applies to portions of the Report and Recommendation to which no objection is made. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted).  The Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's Report and Recommendation.  28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

42 U.S.C. § 405(g) provides that the Court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a

rehearing." The Court agrees with the Magistrate's Recommendation to grant the Motion and finds the action is due to be remanded.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (doc. # 23) is **GRANTED**.

2. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant;

3. This action is **REMANDED** to the Commissioner of Social Security;

4. Defendant is **ORDERED** to further consider the medical source opinions, offer Plaintiff a new hearing, complete the administrative record, and issue a new decision; and

5. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, on this January 26, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2